UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON PARKER, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 1:15-CV-1808 |
| Ms. Bahner, et al., | : |
| Defendants | : |

*O R D E R*

AND NOW, this 13th day of September, 2016, upon consideration of Magistrate Judge Schwab's Report and Recommendation (Doc. 19) that Plaintiff's amended complaint (Doc. 18) be dismissed for failure to state a claim, and, after independent review of the record, and noting Plaintiff's objections (Doc. 21), and the Court finding Judge Schwab's overall analysis to be thorough and well-reasoned, IT IS ORDERED that:

(1) The Report and Recommendation (Doc. 19) is ADOPTED;

(2) Plaintiff's Objections (Doc. 21) are OVERRULED;

(3) Plaintiff's Amended Complaint (Docs. 18) is DISMISSED WITH PREJUDICE;

(4) We DECLINE to exercise supplemental jurisdiction over Plaintiff's state law negligence claims; and

(5) The Clerk of Court shall CLOSE this case.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

Date: September 13, 2016